William A. Kershaw (State Bar No. 057486)
Stuart C. Talley (State Bar No. 180374)
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile:  (916) 669-4499
Email: wkershaw@kcrlegal.com
Email: stalley@kcrlegal.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGARET GREEN and NATHANIEL GREEN, Individually and as Parents and Natural Guardians of B.G., a Minor, <br><br> Plaintiffs, <br><br> v. <br><br> GLAXOSMITHKLINE LLC d/b/a GLAXOSMITHKLINE; and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. 3:15-cv-03130-RS <br><br> [~~PROPOSED~~] **ORDER TO STAY PROCEEDINGS PENDING MDL CONSIDERATION** <br><br><br> Hon. Richard Seeborg <br> Courtroom 3 – 17th Floor |

Good cause appearing, the parties' joint stipulation to stay proceedings in the above-captioned action is GRANTED as follows:

1.   This action is STAYED pending the transfer decision of the Judicial Panel on Multidistrict Litigation (the "MDL Panel") in *In Re: Zofran (Ondansetron) Products Liability Litigation* (MDL No. 2657);

2.   All deadlines, with the exception of Defendant's obligation to respond to Plaintiffs' complaint are VACATED until further order of the Court; and

-1-

3. The parties shall notify the Court of the MDL Panel's decision within ten days of the decision.

IT IS SO ORDERED.

Dated: 8/18/15         .

_____
Hon. Richard Seeborg
UNITED STATES DISTRICT JUDGE